IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| MAXUM INDEMNITY CO., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:20-cv-0079 |
| CROWN MANAGEMENT CORP., RICHARD CAREY, RICHARD BRINK, and JOHN INVERSON, JR. | ) |
| Defendants. | ) |

## ORDER

**THIS MATTER** comes before the Court on the parties' Stipulation for Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). (ECF No. 36.) After careful consideration and review it is hereby

**ORDERED** that the Stipulation for Dismissal, (ECF No. 36), is **ACKNOWLEDGED**; it is further

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**, with each party to bear their own costs and fees (including attorneys' fees); and it is further

**ORDERED** that the Clerk of the Court shall **CLOSE** this case.

**Date:** March 15, 2021                  /s/ *Robert A. Molloy*
                                           **ROBERT A. MOLLOY**
                                           **District Judge**